1044

[No. 63209-4-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS RAY HUBER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00511-3, George N. Bowden, J., entered February 23, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 63243-4-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY MICHAEL STREITLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07784-1, Michael J. Fox, J., entered April 1, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 63339-2-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO ENRIQUE POLO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00121-1, Ira Uhrig, J., entered April 6, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 63361-9-I.   Division One.   May 3, 2010.]

JOANNE HURLEY, *Appellant*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-25389-1, John P. Erlick, J., entered April 3, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.